DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROUDELY PERSONNA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2518

[May 2, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562019CF002052A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***